# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Michael D. Waterloo | ) | Chapter 13 |
| | ) | Case No. 18 B 30468 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Michael D. Waterloo  
7322 W Addison  
Chicago, IL  60634

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On December 11, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 613  
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, December 3, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On October 30, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on March 27, 2019, for a term of 60 months with payments of $120.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 14 | $2,887.00 | $949.64 | $1,937.36 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 12/02/2019  
Due Each Month: $120.00  
Next Pymt Due: 12/29/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 12/31/2018 | 5498588000 | $200.00 | 01/03/2019 | 5498588000 | -$200.00 |
| 01/04/2019 | HA BAKING CO | $46.15 | 01/11/2019 | HA BAKING CO | $46.15 |
| 02/11/2019 | 365885 | $200.00 | 03/15/2019 | CKEYS LINEN & | $55.39 |
| 03/29/2019 | CKEYS LINEN & | $55.39 | 04/12/2019 | CKEYS LINEN & | $55.39 |
| 04/26/2019 | CKEYS LINEN & | $55.39 | 05/10/2019 | CKEYS LINEN & | $55.39 |
| 05/24/2019 | CKEYS LINEN & | $55.39 | 06/18/2019 | 368143 | $125.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE